UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARTIN LUND,<br><br>                Plaintiff,<br><br>   v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in the State of Washington,<br><br>                Defendant. | NO: 2:18-CV-0144-TOR<br><br>ORDER OF DISMISSAL |

      BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 22). The parties have stipulated to the dismissal of all Plaintiff's claims with prejudice and Defendant's counterclaims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

//

//

//

ORDER OF DISMISSAL ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, all Plaintiff's claims are **DISMISSED with prejudice** and all Defendant's counterclaims are **DISMISSED without prejudice**, and with each party bearing its own fees, costs and expenses.

2. All pending motions are denied as moot and all hearings stricken from the Court's calendar.

The District Court Executive is hereby directed to enter this Order and judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED March 4, 2019.



THOMAS O. RICE
Chief United States District Judge