# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MARTIN LUND<br>*Plaintiff*<br>v.<br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a foreign corporation doing business in the State of Washington,<br>*Defendant* | Civil Action No. 2:18-CV-0144-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all Plaintiff's claims are DISMISSED with prejudice and all Defendant's counterclaims are DISMISSED without prejudice, and with each party bearing its own fees, costs and expenses.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on a Stipulated Motion for Dismissal ECF No. 22.

Date: March 4, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen